FILED

02/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0460

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0460

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

BRANDON LEE BLACK,

    Defendant and Appellant.

## ORDER

Upon consideration of Appellant's unopposed motion for extension of time to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until March 6, 2024, to prepare, file, and service the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 6 2024